UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEREIDA RODRIGUEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>                    Defendant. | No.  1:20-cv-00541-DAD-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br> (Doc. No. 10) |

On April 12, 2021, the parties filed a Joint Stipulation for Dismissal.  (Doc. No. 10).  The Stipulation, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), states the dismissal is *with prejudice* and attorney's fees and costs "have been resolved through the parties' settlement agreement." (*Id*.).

Accordingly:

1. Pursuant to the Joint Stipulation for Dismissal (Doc. No. 10), this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).
2. The Clerk of Court is respectfully directed to terminate all pending motions, deadlines, and future scheduled hearings to the extent appropriate and close this case.

1
2  IT IS SO ORDERED.
3
4  Dated:   April 13, 2021               *signature*
                                         HELENA M. BARCH-KUCHTA
5                                        UNITED STATES MAGISTRATE JUDGE